IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    October 19, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

AWILDA AGOSTO-VALCARCEL

vs                                        CIVIL 98-1657CCC

EQUITABLE LIFE ASSURANCE SOCIETY
OF U.S.A.

By order of the Court, the **pretrial conference set for October 20, 1999 is reset for November 8, 1999 at 4:30 PM.** Parties to be notified.

*h/d* - Secretary

s/c E. Arroyo
J. Colón
J. Colón
OCT 21 1999

RECD.     TO JUDGE
OCT 26 1999
BY