## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    November 18, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

AWILDA AGOSTO-VALCARCEL

vs                                          CIVIL 98-1657CCC

EQUITABLE LIFE ASSURANCE
SOCIETY OF U.S.A.

At the pretrial conference held on November 8, 1999 present were: Elí B. Arroyo and Eusberto Guerrero, counsel for plaintiff, and Francisco Colón-Ramírez, counsel for defendant. The proposed pretrial order was approved. Defendant was ordered to specify the documents to which item 6 at page 19 outlining its documentary evidence refers to, given the fact that it is stated in general terms "correspondence between Equitable and plaintiff." Defendant shall state if such correspondence includes documents other than the ones mentioned at items 8 and 9 and, if so, itemize the additional correspondence. Parties to be notified.

- Secretary

s/c: E. Arroyo
     J. Colón
     J. Colón
          ? 1999