IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                November 18, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

AWILDA AGOSTO-VALCARCEL

vs                                                       CIVIL 98-1657CCC

EQUITABLE LIFE ASSURANCE
SOCIETY OF U.S.A.

At the settlement conference held today present were: Elí B. Arroyo and Eusberto Guerrero, counsel for plaintiff, and Francisco Colón-Ramírez, counsel for defendant. Plaintiff was granted until November 23, 1999 to file opposition to the Motion to Dismiss filed by defendant. No settlement achieved. **Jury trial set for December 8, 1999 is VACATED** pending ruling on the motion to dismiss and due to conflict with Cr. 95-0405 and Cr.99-0292. Parties notified.

- Secretary