## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                November 30, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

AWILDA AGOSTO-VALCARCEL

vs                                                        CIVIL 98-1657CCC

THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES

By order of the Court the Motion to Dismiss claim for Mental Damages and the Informative Motion (**docket entries 17 and 21**) have become MOOT.  The docket shall so reflect.

- Secretary