IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
DEC - 1 1999
PURSUANT
TO FRCP RULES 58 & 79a

AWILDA AGOSTO VALCARCEL

Plaintiff

vs                                          CIVIL 98-1657CCC

THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES

Defendants

## JUDGMENT

Having considered the Stipulation for Voluntary Dismissal with Prejudice filed by the parties on November 23, 1999 (**docket entry 20**) the same is APPROVED and this action is hereby DISMISSED, with prejudice and without imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 30, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c E. Arroyo
J. Colón
J. Colón

DEC - 1 1999